# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 12-5254**  September Term, 2013

1:10-cv-01327-RMC

Filed On: October 21, 2013 [1462587]

United States of America,

    Appellee

    v.

Regenerative Sciences, LLC, a corporation, et al.,

    Appellants

**BEFORE:** Circuit Judges Griffith and Srinivasan, and Senior Circuit Judge Edwards

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on October 21, 2013 at 10:34 a.m. The cause was heard as case No. 3 of 3 and argued before the Court by:

    Andrew Ittleman, counsel for Appellants.

    Abby C. Wright (DOJ), counsel for Appellees.

                                              FOR THE COURT:  
                                              Mark J. Langer, Clerk

                BY:    /s/  
                           Shana E. Thurman  
                           Deputy Clerk